# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

UNITED STATES OF AMERICA

**Plaintiff,**

vs.                                                                 No: 1:19-cr-10032-STA

AMANDA DAY

**Defendant.**

## ORDER ON MOTION TO CHANGE REPORT TIME AND NOTICE OF SETTING

Before the Court is the Defendant, AMANDA DAY's May 8, 2019 Motion To Change Report Time.

For good cause shown, the Motion is GRANTED. The hearing for report is reset to Monday, May 13, 2019 at **10:00 A.M., SO ORDERED** this 9th day of May, 2019.

                                                    s/S. Thomas Anderson
                                        **CHIEF JUDGE  S. THOMAS ANDERSON**
                                        **UNITED STATES CHIEF DISTRICT JUDGE**